UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. |
| ) | |
| PRECISE AMBULANCE SERVICE, LLC., ) | Jury Demand |
| an Illinois Limited Liability Company, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

KATHLEEN CLARK (hereinafter "Plaintiff"), by and through her attorneys, GEORGE C. PONTIKES of GEORGE C. PONTIKES & ASSOCIATES, P.C. and STEVEN M. PONTIKES of PONTIKES & ASSOCIATES, hereby complains of the Defendant, PRECISE AMBULANCE SERVICE, LLC., an Illinois Limited Liability Company (hereinafter "PRECISE"), as follows:

### I. Introduction

Plaintiff was employed with PRECISE as an EMT Basic from February 2010 until January 20, 2011. She complains that she was terminated as result of becoming pregnant while employed with PRECISE in violation of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. §2000 *et seq.*

### II. Parties

1.	Plaintiff is a citizen of the United States. At all relevant times, Plaintiff was an

employee of PRECISE within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 *et seq.*

2. PRECISE is an Illinois Limited Liability Company, located within the territorial jurisdiction of the United States District Court for the Northern District of Illinois. At all relevant times, PRECISE was an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 *et seq.*

## III. Procedural Requisites

1. Plaintiff filed a timely Charge of Discrimination, Charge No. 440-2011-01439, with the Equal Employment Opportunity Commission (hereinafter "EEOC"), on or about March 4, 2011.

2. Plaintiff received a Dismissal and Notice of Rights to Sue from the EEOC regarding Charge No. 440-2011-05979, on February 29, 2012.

3. This Complaint is filed within ninety (90) days of the receipt by Plaintiff of the Dismissal and Notice of Rights to Sue.

## IV. Jurisdiction and Venue

1. This Court has jurisdiction over Plaintiff' s discrimination claim under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 *et seq.*, pursuant to 28 U.S.C. §1331, as this Claim involves a Federal question.

2. Venue is proper in this District, pursuant to 28 U.S.C.§1391(b), because PRECISE resides in this District and the events or omissions giving rights to the Claim occurred in this District.

## V. Facts

1. On or about February, 2010, Plaintiff was employed with PRECISE as an EMT Basic, one step below a Paramedic.

2. In December, 2010, she learned that she was pregnant.

3. In accordance with her Employment Handbook, she informed the Human Resources Department at PRECISE that she was pregnant on December 14, 2010.

4. On December 14, 2010, Plaintiff was told to find a gynecologist to state in writing that she could lift only 180 pounds.

5. Since she had no insurance, Plaintiff was unable to do so within the one week.

6. During that one week, Plaintiff learned that a dispatch position was available.

7. Plaintiff asked if it was possible for her to have that position, since she was a licensed 911 dispatcher and all other females who had become pregnant were given this position.

8. Plaintiff was told that she could not be assigned to this position.

9. As a result, Plaintiff was laid off by PRECISE, until such time as she obtained a letter from a gynecologist, stating that she could lift no more than 180 pounds.

10. In January of 2011, she obtained a letter from a gynecologist, stating that she could lift no more than 50 pounds in her condition.

11. The letter was tendered to PRECISE in January, 2011.

12. Subsequent to tendering the letter from the gynecologist to PRECISE, Plaintiff

employment.

13. On or about February 20, 2011, she was told "stop calling, if we want you, we will call you".

14. Subsequent to February 20, 2011, she filed for unemployment insurance payments and was approved to receive the payments, after PRECISE informed the Department of Employment Security that she had been terminated, effective February 20, 2011.

## VI. Claim

## Demand for Relief for Gender Discrimination in Violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 *et seq.*

1-14 Plaintiff restates and realleges paragraphs 1-14 as paragraphs 1 through 14 of this Claim.

15. By virtue of the foregoing, PRECISE has discriminated against Plaintiff in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 *et seq*.

16. As a result of the unlawful acts committed by PRECISE, Plaintiff has suffered damages of a pecuniary and non-pecuniary nature.

17. The violations committed by PRECISE were wilful and wanton, warranting the imposition of punitive damages.

**WHEREFORE,** Plaintiff, KATHLEEN CLARK, prays that this Court enter a judgment in her favor and against the Defendant, PRECISE AMBULANCE SERVICE,

LLC., an Illinois Limited Liability Company, for back pay, front pay and lost of benefits as compensatory damages in an amount not less than $250,000.00 (two hundred fifty thousand dollars), punitive damages to be determined at Trial, attorneys' fees and costs, and such other and further relief, as this Court deems just and equitable.

**Plaintiff demands a Trial by Jury.**

                                                Respectfully submitted,

                                                KATHLEEN CLARK

By: _/s/ George C. Pontikes_
      One of her attorneys

| | |
|---|---|
| George C. Pontikes | Steven M. Pontikes |
| GEORGE C. PONTIKES & ASSOCIATES, P.C. | PONTIKES & ASSOCIATES |
| 33 N. LaSalle Street, Suite 3350 | 33 N. LaSalle Street, Suite 3350 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| Tel: (312) 220-0022 | Tel: (312) 464-1440 |
| Attorney Code: 2230828 | Attorney Code: 6183434 |

C:\Users\gcp\Documents\WPDOCS\GCP\CLARK KATHL\Complaint.wpd