UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN CLARK, ) | |
| ) | |
| Plaintiff, ) | Case No. 12-CV-04164 |
| ) | |
| v. ) | Honorable Edward E. Chang |
| ) | |
| PRECISE AMBULANCE SERVICE, LLC, ) | Magistrate Judge Jeffrey Cole |
| ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL IN ACCORDANCE WITH RULE 41(a)(1)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, KATHLEEN CLARK, by and through her attorney, GEORGE C. PONTIKES of GEORGE C. PONTIKES & ASSOCIATES, P.C., hereby dismisses this Cause without prejudice in accordance with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, no Answer or Motion For Summary Judgment having been filed by the Defendant, PRECISE AMBULANCE SERVICE, LLC.

Respectfully submitted,
KATHLEEN CLARK

By: /s/ George C. Pontikes
Her attorney

George C. Pontikes
GEORGE C. PONTIKES & ASSOCIATES, P.C.
33 N. LaSalle Street, Suite 3350
Chicago, Illinois 60602
Tel: (312) 220-0022
Attorney Code: 2230828